**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANNETTE V. EDWARDS,

                Plaintiff,

-against-                                              22 **CIVIL** 10803

                                                                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated February 20, 2024, no objection to the Report and Recommendation (the "R&R") have been received, and the Court has reviewed it for clear error. Finding none, the R&R is adopted as the decision of the Court. Plaintiff's motion for judgment on the pleadings is denied and the Commissioner's motion for judgment on the pleadings is granted. Judgment is entered for the Commissioner; accordingly, the case is closed.

**Dated:** New York, New York

      February 21, 2024

                                                                      **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                                  **BY:**       *K. Mango*

                                                                          **Deputy Clerk**